**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Felipe DIAZ–FLORES, Defendant— Appellant.**

**No. 11–10191.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Christina Marie Cabanillas, Office of the U.S. Attorney Tucson, AZ, for Plaintiff–Appellee.

David A. Aguilar, Law Office of David A. Aguilar, Tucson, AZ, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Felipe Diaz–Flores appeals from his guilty-plea conviction and 90–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Flores's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

